# UNITED STATES DISTRICT COURT
## for
## Connecticut

U.S.A. vs. Ana Maria Nunez           Docket Number: 0205 3:18CR00318-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Karen Rubiano, Probation Officer, presenting an official report upon the conduct of defendant Ana Maria Nunez, who was placed under pretrial release supervision by the Honorable Sarah A.L. Merriam, U.S. Magistrate Judge sitting in the court at New Haven, Connecticut on the eleventh day of December, 2018 under the following conditions:

Submit to supervision by and report for supervision to the USPO telephone number _____ no later than _____

- [✓] surrender any passport to: Clerk's Office
- [✓] not obtain a passport or other international travel document.
- [✓] abide by the following restrictions on personal association, residence, or travel:
  Do not leave the continental United States
- [✓] get medical or psychiatric treatment:
  as directed by Probation
- [✓] not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. ¶ 802, unless prescribed by a licensed medical practitioner.
- [✓] not possess a firearm, destructive device, or other weapon
- [✓] report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

Defendant shall not prepare or assist in the preparation of tax returns for any person other than herself and her immediate family members

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 28, 2020, the probation officer spoke to Ms. Nunez via video call. During the call, Ms. Nunez appeared to be in a tropical location as the officer observed a palm tree in the background of the call. Ms. Nunez indicated that she was in Puerto Rico, had been there for four days and was returning today. Ms. Nunez stated that she had spoken to her attorney about travel to Puerto Rico and that her attorney had "okayed" it as Puerto Rico was part of the United States. The probation officer was unaware of this travel as Ms. Nunez nor her attorney had inquired with the probation officer. Both defense counsel and the Government have agreed that the propsed modification is reasonable.

PRAYING THAT THE COURT WILL ORDER    a modification to the conditions of release requiring Ms. Nunez to notify and obtain approval from Probation for any travel outside of CT

## ORDER OF COURT

Considered and ordered this  5th  day of January , 20 21  and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct

Executed on   Jan 4, 2021

Karen Rubiano
U.S. Probation Officer

Place   New Haven, Connecticut

**Submit by Email**   **Print**   **Save As...**